**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jodi Moshier, et al., | No. CV-23-00225-PHX-DLR |
| Plaintiffs, | Consolidated with:<br>Case No. CV-23-00822-PHX-ROS |
| v. | **ORDER** |
| Safeco Insurance Company of America, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion to Transfer and Consolidate (Doc. 14), which is fully briefed (Docs. 20, 22). Based on the briefs submitted, the motion is unopposed, at least as to the propriety of transferring the cases to the undersigned and consolidating CV-23-00822 with CV-23-00225 for class-certification-related discovery. The motion therefore will be granted.[1] If any party believes consolidation is no longer warranted after the class certifications stage, they may raise the issue with the Court at that time. Accordingly,

**IT IS ORDERED** granting the Motion to Transfer and Consolidate.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to consolidate *Haenfler v. Safeco Ins. Co. of America*, CV-23-00822-PHX-ROS with this cause number. All future pleadings shall be filed in CV-23-00225-PHX-DLR.

**IT IS FURTHER ORDERED** that, for judicial economy, the matter of *Lopez v.*

---

[1] The Court notes that this request likely could have been resolved much sooner had the parties conferred and then filed a stipulation to transfer and consolidate, rather than go through a full round of motion practice merely to tell the Court that they more or less agreed.

*Liberty Mutual Personal Insurance Company,* CV-23-00629-PHX-ROS shall be transferred to the undersigned. All future pleadings shall reflect the case number CV-23-00629-PHX-DLR.

Dated this 7th day of December, 2023.

_____
Douglas L. Rayes
United States District Judge